FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 NOV 15 AM 11: 37

DISTRICT OF UTAH
      MAIL

J. Kevin Bird (3992)
BIRD & FUGAL
Attorneys for Trustee
Lincoln Square
384 East 720 South, #201
Orem, UT 84058
(801) 426-4700

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

* * * * * * * *

| | |
|---|---|
| IN RE | ) |
| | ) Case No. 09-29491 WTT |
| DANNY CHARLES KNIGHT | ) Chapter 7 |
| MARY MEGAN KNIGHT | ) |
| | ) NOTICE OF PAYMENT OF |
| Debtor (s) | ) FUNDS INTO THE REGISTRY |
| | ) |

* * * * * * * *

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1. On November 9, 2010, J. Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2. The Trustee's proposed distribution contained one claim which was under $5.00.

3. The funds are on deposit with Bank of America, Account No. 4437728320.



4. The Trustee hereby notifies the Court of the payment of the following claim to the registry:

|  |  |
|---|---|
| Claim No.: | 3 |
| Claimant: | Questar Gas Company<br>Bankruptcy Dept. DNR 244<br>1140 West 200 South<br>PO Box 3194<br>Salt Lake City, UT 84110-3194 |
| Claim Amount: | $56.50 |
| Distribution: | $4.76 |

5. A check in the amount of $4.76 representing the foregoing claim has been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and is enclosed herein.

DATED: 11-10-2010

_____
J. Kevin Bird, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I am a member or employee of the law firm of BIRD & FUGAL and in that capacity I served, or caused to be served, a true and correct copy of the Notice of Payment of Funds into the Registry on the following, by depositing the same in the U.S. Mail, postage prepaid, on the 12th day of November, 2010:

QUESTAR GAS COMPANY
BANKRUPTCY DEPT. DNR 244
1140 WEST 200 SOUTH
PO BOX 3194
SALT LAKE CITY, UT 84110-3194

*/s/ Melanie Valdeuama*